UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MARCUS J. WILLIAMSON** | DOCKET NO. 6:22-cv-1274<br>SECTION P |
| **VERSUS** | JUDGE ROBERT R. SUMMERHAYS |
| **POLICE DEPT. OF CARENCRO, ET AL** | MAGISTRATE JUDGE AYO |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant civil rights suit be **DISMISSED WITH PREJUDICE** as frivolous.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this ___2nd___ day of October, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE